# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case Nos. | 2:17-cv-02522-CAS (PLAx) <br> 2:17-cv-02559-CAS (PLAx) | Date | July 5, 2018 |
|---|---|---|---|
| Title | MSP RECOVERY CLAIMS, SERIES LLC, ET AL. v. FARMERS INSURANCE EXCHANGE, ET AL. | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                        Not Present

**Proceedings:** (IN CHAMBERS) - MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND SEPARATE MISJOINED DEFENDANTS (Filed July 3, 2018 in No. 2:18-cv-02522) [Dkts. 104, 105, 106, 107, 108, 109, 110, 111, 112, 114, 115, 116, 117, 118, 119, 120 and 121]

MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND SEPARATE MISJOINED DEFENDANTS (Filed July 2, 2018 in No. 2:18-cv-02559) [Dkts. 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115 and 116]

The Court is in receipt of numerous motions to dismiss filed in the above-referenced, related actions. The motions raise similar and often identical, if not word-for-word, arguments with respect to improper venue, misjoinder, lack of standing, and failure to state a claim. The Court accordingly STRIKES the motions filed in both actions on July 2 and July 3, 2018 and hereby ORDERS defendants to file a consolidated motion to dismiss, in each action, not to exceed 35 pages in length. The hearing of August 6, 2018, at 10:00 A.M. shall remain on calendar. Defendants are admonished that they should file a single consolidated motion in the future unless they demonstrate that good cause exists to file separate briefs.

IT IS SO ORDERED.