# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity,<br><br>Plaintiffs,<br>vs.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS INSURANCE OF COLUMBUS, INC., FARMERS NEW CENTURY INSURANCE COMPANY, 21ST CENTURY INSURANCE COMPANY, 21ST CENTURY CENTENNIAL INSURANCE COMPANY, MID-CENTURY INSURANCE COMPANY, 21ST CENTURY NORTH AMERICA INSURANCE COMPANY, 21ST CENTURY INDEMNITY INSURANCE COMPANY, 21ST CENTURY PREFERRED INSURANCE COMPANY, FOREMOST SIGNATURE INSURANCE COMPANY, COAST NATIONAL INSURANCE COMPANY, AND FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendants. | Case No. 2:17-cv-02559-CAS-PLA<br><br>Judge: Hon. Paul L. Abrams<br>Courtroom: 780<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER FOR PRODUCTION OF PROTECTED HEALTH INFORMATION**<br><br>Complaint Filed: March 31, 2017 |

1   Pursuant to Stipulation and for good cause shown, it is so Ordered that the
2   Stipulated Protective Order for Production of Protected Health Information is granted.

DATED: February 21, 2020

*Paul L. Abrams*
United States Magistrate Judge
Hon. Paul L. Abrams

2
Case No. 2:17-CV-02559
**ORDER ON STIPULATED PROTECTIVE ORDER**
52061375;1