AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity,<br><br>    Plaintiffs,<br>vs.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS INSURANCE OF COLUMBUS, INC.; FARMERS NEW CENTURY INSURANCE COMPANY; ILLINOIS FARMERS INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CENTENNIAL INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; 21ST CENTURY PREMIER INSURANCE COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; AND FOREMOST SIGNATURE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:17-cv-02522-CAS-PLAx<br>Case No. 2:17-cv-02559-CAS-PLAx<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE:**<br><br>**(1) PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT,**<br><br>**(2) COURT ORDER RE DISMISSAL OF DEFENDANTS,**<br><br>**(3) ACCEPTANCE OF SERVICE ON NEW DEFENDANTS, AND**<br><br>**(4) SETTING OF DEFENDANTS' RESPONSE DATE TO FOURTH AMENDED COMPLAINT, AND**<br><br>**(5) WITHDRAWAL OF PENDING SUMMARY JUDGMENT MOTION; AND**<br><br>**AND [PROPOSED] ORDER THEREON**<br><br>Hearing Date: January 11, 2021<br>Time: 10:00 a.m. |

55794643;1                                                                            2:17-cv-02522-CAS-PLA

Having considered the Joint Stipulation Re:(1) Plaintiffs' Motion For Leave To File Fourth Amended Complaint ("Motion for Lease"), (2) Court Order Re Dismissal Of Defendants, (3) Acceptance Of Service On New Defendants, And (4) Setting Of Defendants' Response Date To Fourth Amended Complaint, And (5) Withdrawal Of Pending Summary Judgment Motion ("Stipulation"), filed by Plaintiffs MSP Recovery Claims Series, LLC and MSPA Claims 1, LLC (collectively, "Plaintiffs") and Defendants[1] in the two above-listed actions ("Actions"), the Court finds and orders that there is good cause for the Stipulation, the Stipulation is granted, and ORDERS the following:

1. The Court grants Plaintiffs leave to file their proposed Fourth Amended Complaints attached to Plaintiffs' Motion for Leave as requested in said motion, contingent on the following items nos. 2 through 9;

2. Plaintiffs' filing of their proposed Fourth Amended Complaints is not a waiver of any of Defendants' defenses or assertions at any stage in the Actions in

---

[1] The Defendants in both cases largely overlap and will be referred to simply as "Farmers" or "Defendants" for brevity. The No Fault Case (cv-02522) defendants include: Farmers Insurance Exchange, Illinois Farmers Insurance Company, Farmers Insurance of Columbus, Inc., 21st Century Insurance Company, 21st Century Centennial Insurance Company, Mid-Century Insurance Company, Foremost Property and Casualty Insurance Company, 21st Century Premier Insurance Company, 21st Century North America Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Preferred Insurance Company, Fire Insurance Exchange, Foremost Signature Insurance Company and Farmers New Century Insurance Company.

The Settlement Case (cv-02559) defendants include: Farmers Insurance Exchange, Farmers Insurance of Columbus, Inc., Farmers New Century Insurance Company, 21st Century Insurance Company, 21st Century Centennial Insurance Company, Mid-Century Insurance Company, 21st Century North America Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Preferred Insurance Company, Foremost Signature Insurance Company, Coast National Insurance Company, and Foremost Insurance Company Grand Rapids, Michigan.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

opposition to the operative complaints and allegations therein;

3. The Court hereby dismisses without prejudice the following defendants from the cv-02522 action:

    i. 21st Century Insurance Company,

    ii. 21st Century Premier Insurance Company, and

    iii. Foremost Signature Insurance Company;

4. The Court hereby dismisses without prejudice the following defendants from the cv-02559 action:

    i. Farmers New Century Insurance Company,

    ii. 21st Century Insurance Company,

    iii. Foremost Signature Insurance Company, and

    iv. Coast National Insurance Company;

5. Once the Fourth Amended Complaints are filed with the Court, Defendants' counsel shall accept service of the Fourth Amended Complaint on new defendant Foremost Insurance Company Grand Rapids, MI in the cv-02522 action, and shall accept service of the Fourth Amended Complaint on new defendant Foremost Property & Casualty Insurance Company in the cv-02559 action;

6. The date for defendants to respond to Plaintiffs' Fourth Amended Complaint filed in each action is February 22, 2021;

7. The hearing on Plaintiffs' Motion for Leave scheduled for January 11, 2021 at 10:00 a.m. in Courtroom 8D is taken off calendar;

8. Within 7 days of entry of this Order granting the terms set forth in the parties' Stipulation, Plaintiffs shall file the proposed Fourth Amended Complaints attached to their Motion for Leave in the Actions; and

/ / /

/ / /

/ / /

/ / /

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1   9. Upon entry of the Orders of dismissal described above, Defendants shall withdraw the pending Motion for Summary Judgment filed on May 8, 2019, Docket Entry no. 178 in the cv-02522 action.

IT IS SO ORDERED.

DATED: December 21, 2020

*/s/ Christina A. Snyder*

United States District Court Judge
Hon. Christina A. Snyder

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

55794643;1   3   2:17-cv-02522-CAS-PLA
**[PROPOSED] ORDER GRANTING STIPULATION RE: PLAINTIFFS' MOTION FOR LEAVE**