Charles E. Whorton, Esq., Florida Bar No. 46894
*Admitted Pro Hac Vice*
cwhorton@msprecoverylawfirm.com
**MSP RECOVERY LAW FIRM**
2701 S Le Jeune Rd Fl 10
Coral Gables, FL 33134
Tel : (305) 614-2222

*Counsel for Plaintiffs*

Michael R. Weiss (SBN 180946)
**AKERMAN LLP**
Email: michael.weiss@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware entity; MSPA CLAIMS 1, LLC, a Florida entity, <br><br> Plaintiffs, <br><br> vs. <br><br> FARMERS INSURANCE EXCHANGE; FARMERS INSURANCE OF COLUMBUS, INC.; FARMERS NEW CENTURY INSURANCE COMPANY; ILLINOIS FARMERS INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY CENTENNIAL INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; 21ST CENTURY PREMIER INSURANCE COMPANY; 21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY PREFERRED INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; AND FOREMOST SIGNATURE INSURANCE COMPANY, <br><br> Defendants. | Case No.  2:17-cv-02522-CAS-PLA <br> Case No.  2:17-cv-02559-CAS-PLA <br><br> Judge:  Hon. Christina A. Snyder <br> Courtroom: 8D <br><br> **JOINT STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTIONS AND [PROPOSED] ORDER THEREON** <br><br> Current Deadline:  November 5, 2021 <br> New Deadline:  November 23, 2021 |

**TO THE COURT:**

On October 26, 2021, October 27, 2021, and October 29, 2021, counsel for Plaintiffs MSP Recovery Claims Series, LLC and MSPA Claims 1, LLC (collectively, "Plaintiffs") and Defendants[1] met and conferred concerning several issues in the two actions including remaining party depositions necessary for Plaintiffs to prepare their intended motion for class certification.  As a result, counsel for Plaintiffs and Defendants agree and request that the Court extend the deadline for filing class certification motions by a further 18 days from November 5, 2021 to **Tuesday, November 23, 2021**. The Parties previously extended the deadline by stipulations and Court Orders. *See* Dkt. Nos. 276; 279; 281.

There is good cause for the request. The Parties have been diligently engaged in discovery and have taken several party and non-party depositions. There are two remaining depositions of Defendants' corporate representatives. Plaintiffs had scheduled to take those depositions today. However, due to an unforeseen witness conflict the

---

[1] The Defendants in both cases largely overlap and will be referred to simply as "Farmers" or "Defendants" for brevity. The No Fault Case (cv-02522) defendants include: Farmers Insurance Exchange, Illinois Farmers Insurance Company, Farmers Insurance of Columbus, Inc., 21st Century Insurance Company, 21st Century Centennial Insurance Company, Mid-Century Insurance Company, Foremost Property and Casualty Insurance Company, 21st Century Premier Insurance Company, 21st Century North America Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Preferred Insurance Company, Fire Insurance Exchange, Foremost Signature Insurance Company and Farmers New Century Insurance Company.

The Settlement Case (cv-02559) defendants include: Farmers Insurance Exchange, Farmers Insurance of Columbus, Inc., Farmers New Century Insurance Company, 21st Century Insurance Company, 21st Century Centennial Insurance Company, Mid-Century Insurance Company, 21st Century North America Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Preferred Insurance Company, Foremost Signature Insurance Company, Coast National Insurance Company, and Foremost Insurance Company Grand Rapids, Michigan.

---

1

parties needed to reschedule. The parties hoped to reschedule those depositions for early next week, but the witnesses are unavailable and the remainder of the week presents a scheduling conflict for defense counsel. The next option was to schedule the depositions for the week of November 8th, but counsel for Plaintiffs taking the depositions will be unavailable because his wife is scheduled to give birth. Accordingly, the parties have scheduled the depositions for the week of November 15th through 18th.

To provide sufficient time to complete these remaining depositions and obtain transcripts, which will likely be incorporated into the class certification motion, the Parties agree to an 18-day extension of the deadline to move for class certification. The deadline will now be November 23, 2021. Plaintiffs and Defendants agree that the upcoming depositions are necessary and that the parties shall have this additional time prior to the filing and briefing of class certification motions. Subsequent deadlines set forth in the Special Master's Order Re Scheduling dated July 27, 2020 are based off the deadline for filing class certification motions and, accordingly, also shall be extended in accordance with extended deadline for filing class certification motions; and

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 29, 2021        **MSP RECOVERY LAW FIRM**

By: */s/ Charles E. Whorton*
          Charles E. Whorton
          *Attorneys for Plaintiffs*

Dated: October 29, 2021        **AKERMAN LLP**

By: */s/ Michael R. Weiss*
          Valerie Greenberg
          Michael R. Weiss
          *Attorneys for Defendants*

**JOINT STIPULATION FOR ADDITIONAL EXTENSION TO FILE CLASS CERTIFICATION MOTIONS**
60654295;1